**Oliver P. SCHULINGKAMP, Judge, Section "F", Parish of Orleans.**

**No. 52393.**

April 25, 1972.

It having been shown by the docket of this Court that applicant's

appeal is on file here and will be heard on May 1, 1972, this application has no merit.

BARHAM, J., concurs. However, since relator is actually serving this sentence in Angola while that sentence is suspended by appeal, he should be accorded full time served during pendency of appeal. No provision is made for this defendant to be serving his sentence at Angola while it is suspended by Appeal.

260 So.2d 698

**STATE of Louisiana ex rel. Leslie F. WALGAMOTTE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52383.**

April 25, 1972.

The trial court having assigned the case for hearing, this application is moot.